# EXHIBIT A

**INDEX OF ITEMS FILED WITH NOTICE OF REMOVAL**

Exhibit A     Index of Items Filed with Notice of Removal

Exhibit B     Plaintiffs' Original Petition

Exhibit C     Copies of All Executed Process

Exhibit D     Docket Sheet from State District Court

Exhibit E     List of All Counsel of Record