# EXHIBIT C

**COPIES OF ALL EXECUTED PROCESS**

# The State of Texas



Citations Unit
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-0873
TTY (800) 735-2989
www.sos.state.tx.us

Secretary of State



February 5, 2008

RM Mechanical Inc
Registered Agent, William S Magnuson
5998 W Gower Rd
Boise, ID 83709

**2008-146260-1**
Include reference number in all correspondence

RE: Boccard USA Corporation Vs RM Mechanical Inc
11th Judicial District Court Of Harris County, Texas
Cause No: 200772010

Dear Sir/Madam,

Pursuant to the Laws of Texas, we forward herewith by CERTIFIED MAIL, return receipt requested, a copy of process received by the Secretary of State of the State of Texas on February 1, 2008.

CERTIFIED MAIL #71603901984976945378

Refer correspondence to:

John E. Chapoton, Jr.
Welsh & Chapoton LLP
Eight Greenway Plaza Ste 1120
Houston, TX 77046

Sincerely,

Helen Lupercio
Team Leader, Citations Unit
Statutory Documents Section

hl/gl
Enclosure

CAUSE NO. 200772010

RECEIPT NO. 212822　　　　　0.00　　　　　ATY
11-23-2007　　　　　　　　　TR # 72247773

PLAINTIFF: BOCCARD USA CORPORATION
　vs.　　　　　　　　　　　　　　　　　　In The 11th
DEFENDANT: RM MECHANICAL INC　　　　　Judicial District Court
　　　　　　　　　　　　　　　　　　　　of Harris County, Texas
　　　　　　　　　　　　　　　　　　　　11TH DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　Houston, TX

CITATION (SECRETARY OF STATE FOREIGN CORPORATION)
THE STATE OF TEXAS
County of Harris

TO: RM MECHANICAL INC (CORPORATION) BY SERVING THROUGH THE TEXAS SECRETARY
　　OF STATE CITATIONS UNIT P O BOX 12079 AUSTIN TX  78711-2079
　　FORWARD TO:  WILLIAM S MAGNUSON
　　5998 WEST GOWER ROAD  BOISE ID 83709

3:31 PM
RECEIVED
SECRETARY OF STATE
FEB 01 2008
CITATIONS UNIT

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 23rd day of November, 2007, in the above cited cause number and court. The instrument attached describes the claim against you.

　　YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
　　This citation was issued on 4th day of December, 2007, under my hand and
seal of said Court.　　　　　　　　　　　　　　　　　　　　　　00146260

Issued at request of:　　　　　　　　　　Mary L Nicholas
CHAPOTON, JOHN E. JR.　　　　　　　　　　THERESA CHANG, District Clerk
8 GRN WAY PLAZA #1120　　　　　　　　　　Harris County, Texas
HOUSTON, TX 77046　　　　　　　　　　　　301 Fannin　　Houston, Texas 77002
Tel: (713) 554-7770　　　　　　　　　　　(P.O. Box 4651, Houston, Texas 77210)
Bar No.: 4137010
　　　　　　　　　　　　　　　　　　　　GENERATED BY: NICHOLAS, MARY L  8F6/V3Z/8015947

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____ .M., on the _____ day of _____, ____.

Executed at (address) _____ in

_____ County at _____ o'clock _____ .M., on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____ copy(ies) of the
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, ____.

Fee: $_____　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　_____ of _____ County, Texas